1 | J. SCOTT SMITH, ESQ., SBN 151163
**ANGELO, KILDAY & KILDUFF**
2 | Attorneys at Law
3 | 601 University Avenue, Suite 150
Sacramento, CA 95825
4 | Telephone: (916) 564-6100
Telecopier: (916) 564-6263
5 |
6 | Attorneys for Defendant and Third Party Plaintiff
YOLO COUNTY
7 |
8 |
9 | **UNITED STATES DISTRICT COURT**
10 | **EASTERN DISTRICT OF CALIFORNIA**
11 | ANDCO FARMS, INC.,                          ) Case No.: 2:08-CV-01553 JAM-JFM
12 |                                             )
                    Plaintiff,                  ) **STIPULATED REQUEST TO VACATE**
13 |                                             ) **OR CONTINUE TRIAL AND**
                    vs.                         ) **DISCOVERY CUT-OFF DATES**
14 |                                             )
15 | YOLO COUNTY, et al.,                        )
16 |                                             )
                    Defendants,                 )
17 |                                             )
     YOLO COUNTY,                               )
18 |                                             )
                    Third Party Plaintiff,      )
19 |                                             )
20 |                    vs.                      )
                                                )
21 | ELEANOR BERTAGNA and BALJINDER            )
     PUREWAL,                                   )
22 |                                             )
                                                )
23 |                    Third Party Defendants. )

24 |          WHEREAS, the instant lawsuit brought by Andco Farms, Inc., against the County of

25 | Yolo under §§ 107 and 113 of the Comprehensive Environmental Response Cost Liability Act

26 | (CERCLA) seeks to determine an equitable allocation of response costs to remediate a former

27 | burn dump, known as the Bryte Landfill;

28 |

---

1    WHEREAS, the County has brought a third party claim for contribution under § 113 of
2    CERCLA as against the former property owner, Baljinder Purewal, who has answered the
3    complaint;

4    WHEREAS, the parties are working cooperatively towards resolving the case by working
5    together to obtain an approved remediation plan and come to an agreement to share the costs
6    thereof;

7    WHEREAS, prior testing had indicated there was no groundwater contamination and the
8    parties had been proceeding on the assumption that no groundwater remediation would be
9    needed;

10   WHEREAS, obtaining an approved remediation plan has been made more difficult
11   because the California Central Valley Regional Water Quality Control Board has just recently
12   demanded additional testing to be done to ensure that there has been no groundwater
13   contamination since the original testing was done;

14   WHEREAS, until such further testing is done, it is impossible to determine whether or
15   not the Regional Water Quality Control Board will be satisfied with the proposed remediation
16   plans, or whether groundwater remediation may be necessary; and

17   WHEREAS, until the additional testing has been completed, it is impossible for the
18   parties hereto to resolve their dispute because the outcome of such testing could dramatically
19   affect the remediation costs;

20   The parties hereby stipulate and request that this Court vacate the existing dates for
21   discovery cut-offs, dispositive motion cut-offs, as well as the final pretrial conference and trial
22   dates, and either set new dates at least one year further or, in the alternative, set an additional
23   updated scheduling conference to take place within the next six months.

24   The parties agree that this additional time is necessary to first determine the extent of
25   additional groundwater testing that may be required by the Regional Water Quality Control

26   ///

27   ///

28   ///

STIPULATED REQUEST TO VACATE OR CONTINUE TRIAL AND DISCOVERY CUT-OFF DATES
{00038666}

1 Board, and to complete such testing which will then affect the parties' ability to engage in further

2 discussions to either settle the case or cooperate with each other to move towards remediating the

3 site.

4     **IT IS SO STIPULATED.**

5

6 Dated:  June 16, 2010               ANGELO, KILDAY & KILDUFF

7                                       */s/ J. Scott Smith*

8                             By:_____

                                     J. SCOTT SMITH

9                                      Attorneys for Defendant YOLO COUNTY

10

11

12 Dated:  June 15, 2010               LAW OFFICE OF KLAUS J. KOLB

13                                         */s/ Klaus J. Kolb*

14                             By:_____

                                     KLAUS J. KOLB

15                                      Attorneys for Plaintiff ANDCO FARMS,

                                     INC.

16

17

18 Dated:  June 10, 2010               LAW OFFICE OF DOUGLAS A. MACDONALD

19                                      */s/ Douglas A. MacDonald*

20                             By:_____

                                     DOUGLAS A. MACDONALD

21                                      Attorneys for Third Party Defendant

                                     BALJINDER PUREWAL

22

23

24         **IT IS SO ORDERED.** *All dates previously set are vacated. The parties*

25 *shall file a joint status statement with the Court on or before December 17, 2010.*

26 Dated: June __11__, 2010

27                                  JOHN A. MENDEZ

28                                  UNITED STATES DISTRICT JUDGE

---

STIPULATED REQUEST TO VACATE OR CONTINUE TRIAL AND DISCOVERY CUT-OFF DATES

{00038666}