IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDCO FARMS, INC.,

      Plaintiff,                                     No. CIV S-08-1553 KJM-JFM

  vs.

YOLO COUNTY, et al.,

      Defendants.                                 <u>ORDER</u>

_____/

      On January 13, 2011, the court issued a minute order granting the parties leave to file an updated joint status report on or before March 18, 2011.  (ECF 29.)  The parties have not complied with the court's order.

      Accordingly, counsel for parties are hereby ORDERED, within fourteen days of the date of this order, to file an updated joint status report and show cause why sanctions should not be imposed against counsel and/or parties for their failure to comply with the court's order.

      IT IS SO ORDERED.

DATED:  March 28, 2011.

_____
UNITED STATES DISTRICT JUDGE