IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDCO FARMS, INC.,

    Plaintiff,                    No. CIV S-08-1553 KJM-JFM

    vs.

YOLO COUNTY, et al.,

    Defendants.                <u>ORDER</u>

        On March 28, 2011, the court signed an order to show cause ordering the parties to file an updated joint status report. (ECF 32.) The parties filed their status report that same day. (ECF 31.) The order to show cause is hereby DISCHARGED.

        Parties are to appear before the court for a scheduling (preliminary status) conference on Wednesday, June 8, 2011 at 10 a.m.

        IT IS SO ORDERED.

DATED: March 31, 2011.

                                    UNITED STATES DISTRICT JUDGE